# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER McGORMAN, | 1:12-cv-00202-GBC (PC) |
| Plaintiff, | ORDER AMENDING ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Doc. 7) |
| vs. | and |
| F. MARTINEZ, et al., | ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS |
| Defendants. | |
| _____/ | |

    Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff consented to jurisdiction by United States Magistrate Judge on February 22, 2012.  By order filed February 28, 2012, the Court granted Plaintiff leave to proceed in forma pauperis and directed the California Department of Corrections to begin collecting payments from Plaintiff's trust account until the $350.00 filing fee had been paid in full.

    28 U.S.C. § 1915(b) provides that "[n]othwithstanding subsection (a), if a prisoner brings a civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount of a filing fee.  The court shall assess and, when funds exist, collect, as a partial payment of any court fees required by law, an initial partial filing fee of 20 percent of the greater of (A) the average

1  monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's
2  account for the 6-month period immediately preceding the filing of the complaint or notice of
3  appeal."

4      The certificate executed on Plaintiff's application to proceed in forma pauperis indicates that,
5  at the time he filed the request, he had the sum of two thousand, four hundred, seventy-three dollars
6  and ninety-nine cents ($2,473.99) in his account; that during the past six months, Plaintiff's average
7  monthly balance was two thousand, eight hundred dollars ($2,800.00); and that during the past six
8  months, the average of monthly deposits to Plaintiff's account was three hundred seventy-one dollars
9  ($371). Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. §
10 1915(b). Twenty percent of the average monthly balance in Plaintiff's account for the 6-month
11 period immediately preceding the filing of the complaint equates to $560.00. The California
12 Department of Corrections is required to send payment from Plaintiff's account in the sum of
13 $350.00 to the Clerk of the Court. 28 U.S.C. § 1915(b)(2).

14     In accordance with the above and good cause appearing therefore, IT IS HEREBY
15 ORDERED that:

16     1.    The February 28, 2012 order granting Plaintiff leave to proceed in forma pauperis is
17         AMENDED as follows;
18         a.    **The Director of the California Department of Corrections or his designee**
19             **shall collect payment from Plaintiff's prison trust account in the sum of**
20             **$350.00 and shall forward that payment to the Clerk of the Court -- the**
21             **payment shall be clearly identified by the name and case number**
22             **assigned to this action;**
23         b.    The Clerk of the Court is directed to serve a copy of this order and a copy of
24             Plaintiff's in forma pauperis application on the Director of the California
25             Department of Corrections, via the court's electronic case filing system
26             (CM/ECF);
27         c.    The Clerk of Court is directed to serve a copy of this order on the Financial
28             Department, U.S. District Court, Eastern District of California, Fresno

Division; and

d. Within sixty (60) days of the date of service of this order, Plaintiff shall submit a certified copy of his/her prison trust account statement for the six-month period immediately preceding the filing of the complaint, if Plaintiff has not already done so.

IT IS SO ORDERED.

Dated:   February 28, 2012

_____
UNITED STATES MAGISTRATE JUDGE