1

2

3

4

5

6

7

8                           # UNITED STATES DISTRICT COURT

9                             ## EASTERN DISTRICT OF CALIFORNIA

10

11    CHRISTOPHER McGORMAN,                    1:12-cv-00202-GBC (PC)

12            Plaintiff,                       ORDER AMENDING ORDER GRANTING
                                               APPLICATION TO PROCEED IN FORMA
13        vs.                                  PAUPERIS (Doc. 7)
                                                        and
14    F. MARTINEZ, et al.,                     ORDER DIRECTING PAYMENT
                                               OF INMATE FILING FEE BY
15            Defendants.                      CALIFORNIA DEPARTMENT OF
                                               CORRECTIONS
16

17    _____/

18
              Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave
19
      to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff consented to jurisdiction by
20
      United States Magistrate Judge on February 22, 2012.  By order filed February 28, 2012, the Court
21
      granted Plaintiff leave to proceed in forma pauperis and directed the California Department of
22
      Corrections to begin collecting payments from Plaintiff's trust account until the $350.00 filing fee
23
      had been paid in full.
24
              28 U.S.C. § 1915(b) provides that "[n]othwithstanding subsection (a), if a prisoner brings a
25
      civil action or files an appeal in forma pauperis, the prisoner shall be required to pay the full amount
26
      of a filing fee.  The court shall assess and, when funds exist, collect, as a partial payment of any court
27
      fees required by law, an initial partial filing fee of 20 percent of the greater of (A) the average
28

                                                  -1-

1  monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's

2  account for the 6-month period immediately preceding the filing of the complaint or notice of

3  appeal."

4      The certificate executed on Plaintiff's application to proceed in forma pauperis indicates that,

5  at the time he filed the request, he had the sum of two thousand, four hundred, seventy-three dollars

6  and ninety-nine cents ($2,473.99) in his account; that during the past six months, Plaintiff's average

7  monthly balance was two thousand, eight hundred dollars ($2,800.00); and that during the past six

8  months, the average of monthly deposits to Plaintiff's account was three hundred seventy-one dollars

9  ($371).  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §

10  1915(b).  Twenty percent of the average monthly balance in Plaintiff's account for the 6-month

11  period immediately preceding the filing of the complaint equates to $560.00.  The California

12  Department of Corrections is required to send payment from Plaintiff's account in the sum of

13  $350.00 to the Clerk of the Court.  28 U.S.C. § 1915(b)(2).

14      In accordance with the above and good cause appearing therefore, IT IS HEREBY

15  ORDERED that:

16      1.  The February 28, 2012 order granting Plaintiff leave to proceed in forma pauperis is

17          AMENDED as follows;

18          a.  **The Director of the California Department of Corrections or his designee**

19              **shall collect payment from Plaintiff's prison trust account in the sum of**

20              **$350.00 and shall forward that payment to the Clerk of the Court -- the**

21              **payment shall be clearly identified by the name and case number**

22              **assigned to this action;**

23          b.  The Clerk of the Court is directed to serve a copy of this order and a copy of

24              Plaintiff's in forma pauperis application on the Director of the California

25              Department of Corrections, via the court's electronic case filing system

26              (CM/ECF);

27          c.  The Clerk of Court is directed to serve a copy of this order on the Financial

28              Department, U.S. District Court, Eastern District of California, Fresno

1    Division; and

2    d.    Within sixty (60) days of the date of service of this order, Plaintiff shall

3    submit a certified copy of his/her prison trust account statement for the

4    six-month period immediately preceding the filing of the complaint, if

5    Plaintiff has not already done so.

6

7  IT IS SO ORDERED.

8

Dated:  ___February 28, 2012___

9                                                                    _____

                                                     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28